**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 4:19-cr-73-AW-MAL**
**4:23-cv-465-AW-MAL**

**CHRISTOPHER DESHAZIER,**

**Defendant.**

_______________________________/

**ORDER DENYING § 2255 MOTION**

Defendant Christopher Deshazier sought § 2255 relief. In a thorough report and recommendation, the magistrate judge recommends that the court deny the motion. ECF No. 85. Deshazier has filed objections, ECF No. 88, and I have considered the issues he raised de novo.[1]

Having carefully considered the matter, I agree with the magistrate judge. Deshazier's claims are all untimely. In addition, I agree that Grounds One and Three would be subject to denial even if timely.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 motion is denied." A certificate of appealability is denied. The clerk will close the file.

[1] The objections go beyond the matters addressed in the report and recommendation and assert new claims for relief. Among other things, Deshazier alleges collusion between the prosecutor and his retained lawyer. I will not consider issues raised for the first time in objections to a report and recommendation. What matters at this stage is what Deshazier claimed in his operative § 2255 motion.

SO ORDERED on September 17, 2026.

s/ *Allen Winsor*
Chief United States District Judge